■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILTON FOSTER, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered March 10, 1977, convicting him of grand larceny in the third degree, upon a jury verdict, and imposing sentence. Judgment affirmed. The record points to improper limitations placed on defendant's counsel during cross-examination. However, we hold them to constitute harmless error. Hopkins, J. P., Damiani, Rabin and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN FULLER, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered December 8, 1976, convicting him of felony murder, manslaughter in the first degree and three counts of robbery in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. Each of the numerous contentions urged by defendant's counsel and those cases cited by defendant *pro se,* as grounds for reversal, have been most carefully considered, and each has been found entirely devoid of merit. The Trial Judge was eminently fair in all of his rulings. This was a senseless killing of a 16-year-old boy during the commission of a robbery. Therefore, the sentence imposed may not be deemed harsh or excessive. Latham, J. P., Suozzi, Gulotta, Shapiro and Cohalan, JJ., concur.